M.S.

v.

V.M.F.

1339 WDA 2016

Superior Court of Pennsylvania.

03/03/2017

2006 GN 2267
(Blair)
Affirmed

COM.

v.

ADAMS, J.

3365 EDA 2015

Superior Court of Pennsylvania.

03/06/2017

CP–51–CR–0000254–2015
(Philadelphia)
Reversed/Remanded

COM.

v.

MITCHELL, L.

2988 EDA 2015

Superior Court of Pennsylvania.

03/06/2017

CP–51–CR–0500051–2005
(Philadelphia)
Affirmed

COM.

v.

JENKINS, J.

191 EDA 2016

Superior Court of Pennsylvania.

03/06/2017

CP–51–CR–0005938–2011
(Philadelphia)
Affirmed